THE STATE OF OHIO, APPELLEE, *v.* SANCHEZ, APPELLANT.

[Cite as *State v. Sanchez* (1996), 77 Ohio St.3d 1204.]

(No. 96–730—Submitted October 9, 1996—Decided November 6, 1996.)

*Daniel D. Connor Co., L.P.A.,* and *Daniel D. Connor,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur. STRATTON, J., not participating.